# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TONY ORLANDO PACE                                                              PETITIONER

v.                                        5:07CV00267 WRW

LARRY NORRIS, Director of the                                                  RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The state habeas corpus petition filed by petitioner Tony Orlando Pace is dismissed.  Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 21st day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE