# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TONY ORLANDO PACE                                                                    PETITIONER

v.                                          5:07CV00267 WRW

LARRY NORRIS, Director of the                                                        RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The state habeas corpus petition filed by petitioner Tony Orlando Pace is dismissed.

IT IS SO ORDERED this 21st day of February, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE